AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CROCS, INC., a Delaware corporation,<br><br>*Plaintiff(s)*<br>v.<br>EVACOL USA LLC, a Florida limited liability company; and EVACOL LTDA., a Colombian corporation,<br><br>*Defendant(s)* | Civil Action No. 15-CV-62689-Dimitrouleas/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EVACOL USA, LLC
c/o Registered Agent
590 NW 26th Street
Miami, Florida 33127-4334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald E. Greenberg             Michael A. Berta
Gelber Schachter & Greenberg, P.A.   Arnold & Porter LLP
1221 Brickell Avenue, Suite 2010     Three Embarcadero Center, Tenth Floor
Miami, Florida 33131              San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Dec 23, 2015

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ S.Reid*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CROCS, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br> v. <br> EVACOL USA LLC, a Florida limited liability company; and EVACOL LTDA., a Colombian corporation, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-CV-62689-Dimitrouleas/Snow |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  EVACOL LTDA.
Carrera 23 13 100
Yumbo Valle, Colombia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gerald E. Greenberg      Michael A. Berta
    Gelber Schachter & Greenberg, P.A.      Arnold & Porter LLP
    1221 Brickell Avenue, Suite 2010      Three Embarcadero Center, Tenth Floor
    Miami, Florida 33131      San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Dec 23, 2015

*s/ S. Reid*
Deputy Clerk
U.S. District Courts